UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Sumrell | Case No. 1:15-cv-05740 |
| Plaintiff, | Judge: Samuel Der-Yeghiayan |
| v. | Magistrate Judge: Young B. Kim |
| Stellar Recovery, Inc. | |
| Defendant. | **NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

        RESPECTFULLY SUBMITTED,

        Hyslip & Taylor, LLC, LPA

        By: /s/ Jeffrey S. Hyslip
            Jeffrey S. Hyslip
            1100 W. Cermak Rd., Suite B410
            Chicago, IL 60608
            Phone: 312-380-6110
            Fax: 312-361-3509
            Email: Jeffrey@lifetimedebtsolutions.com
            Attorney for Plaintiff

Date: August 25, 2015

2

## CERTIFICATE OF SERVICE

    I hereby certify that on August 25, 2015, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Benjamin N. Hutnick
Berman & Rabin P.A.
15280 Metcalf
Overland Park, KS  66223

                                              /s/ Jeffrey S. Hyslip